JOHN S. LEONARDO
United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Erica.seger@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2016 NOV -2 P 3:41

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Winterhawk Liston,

Defendant.

CR 16-2064 TUC-JAS(DTF)

INDICTMENT

Violation:

18 U.S.C. 2250(a)
(Failure to Register as a Sex Offender)

(Felony)

**THE GRAND JURY CHARGES:**

Between on or about August 12, 2016 and on or about October 6, 2016, at or near Tucson, in the District of Arizona, the defendant, WINTERHAWK LISTON, a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction under Federal Law for sexual abuse of a minor in violation of 18 U.S.C. § 2243(a), did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

/s/
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney
Dated: November 2, 2016

REDACTED FOR
PUBLIC DISCLOSURE